AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

**FILED**
**HARRISBURG, PA**
**DEC 29, 2023**
PER _____
DEPUTY CLERK

Hadassah Feinberg
*Plaintiff/Petitioner*

v.

Marissa Mclellan
*Defendant/Respondent*

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes      ☐ No
(b) Rent payments, interest, or dividends               ☐ Yes      ☐ No
(c) Pension, annuity, or life insurance payments        ☐ Yes      ☐ No
(d) Disability, or worker's compensation payments       ☒ Yes      ☐ No
(e) Gifts, or inheritances                              ☐ Yes      ☐ No
(f) Any other sources                                   ☒ Yes      ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I receive disability payments in the amount of $745 and $189 for myself and $914 for my son. I also receive child support that is inconsistent. The child support ordered is $1684 but in November, 2023 I only received $686. My ex has had 7 contempt hearings for lack of paying support. I also receive →

adoption assistance of $8,000 a item by we owe
almost ~~$30k of~~ $30,000 of credit card debt
and personal loans. We can barely afford
food because of the retaliation which is
why we are bringing this lawsuit.

4. Amount of money that I have in cash or in a checking or savings account: $ 200.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I lease a vehicle, I do not own it.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

My mortgage payment is $2177. I do not own outright. The bank owns the home I bought in May, 2023. I am trying to sell it but have not succeeded. I have $15,000 of debt with loans I cannot pay.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

I have sole custody of my 4 children Ella Feinberg (9), Ariel Feinberg (8), Eliana Feinberg (7), and Ben Feinberg.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I owe $284,000 on my home. I also owe $10,240 to one card (PenFed). I owe $15,000 to one Main Financial personal loan. I owe $5,000 to my lease, and $10,000 $2300 to Mercury Credit.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12/29/2023

Applicant's signature

Hadassah Feinberg
Printed name