IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HADASSAH FEINBERG, | : | CIV. NO. 1:23-cv-02165 |
| Plaintiff, | : | (Judge Wilson) |
| v. | : | (Magistrate Judge Schwab) |
| MARCIE SMITH, *et al.*, | : | |
| Defendants. | : | |

**ORDER**
December 23, 2024

Upon consideration of Feinberg's motion seeking the undersigned's recusal from this case (*doc. 83*), her brief in support thereof (*doc. 90*), the exhibits attached to the brief in support (*docs. 90-1–90-10, 108*), and the defendants' brief in opposition to the motion to recuse (*doc. 111*), and mindful of our obligations under 28 U.S.C. § 455 governing disqualification of a justice, judge, or magistrate judge, and noting that "[t]his objective standard requires recusal when a reasonable man knowing all the circumstances would harbor doubts concerning the judge's impartiality[,]" *Conklin v. Warrington Twp.*, 476 F. Supp. 2d 458, 463 (M.D. Pa. 2007) (quoting *Edelstein v. Wilentz*, 812 F.2d 128, 131 (3d Cir. 1987)), and further noting that "a party's displeasure with legal rulings does not form an adequate basis for recusal[,]" *Securacomm Consulting, Inc. v. Securacum, Inc.*, 224 F.3d 273, 278 (3d Cir. 2000), and finding that, despite Feinberg's allegations of

partiality and wrongdoing on our part, a reasonable person knowing all the circumstances would not doubt our impartiality, **IT IS ORDERED** that the motion seeking our recusal (*doc. 83*) is **DENIED**.

*/s/ Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
